**DISMISS; and Opinion Filed November 7, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00644-CR
No. 05-13-00645-CR
No. 05-13-00647-CR

**JUSTIN BERNARD VEASLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-52542-Q, F07-60454-Q, F12-71920-Q**

## MEMORANDUM OPINION

Before Justices Moseley, Myers, and Brown
Opinion by Justice Brown

In cause nos. 05-13-00644-CR and 05-13-00645-CR, Justin Veasley appeals his convictions, following the adjudication of his guilt, for possession of cocaine in an amount of four grams or more but less than 200 grams and possession with intent to deliver cocaine in an amount of four grams or more but less than 200 grams. In each case, in accordance with the parties' agreement, the trial court sentenced appellant to ten years' imprisonment. In cause no. 05-13-00647-CR, appellant pleaded guilty to delivery of cocaine in an amount less than one gram. In accordance with the parties' agreement, the trial court sentenced appellant to two years' confinement in a state jail. On the plea agreement forms, appellant waived his right to appeal these cases. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The

trial court certified that appellant has no right to appeal the cases.  *See* TEX. R. APP. P. 25.2(a),

(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.[1]

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130644F.U05

---

[1] The dismissal of these appeals does not impact the appeals in appellant's remaining cases, 05-13-00643-CR and 05-13-00646-CR.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUSTIN BERNARD VEASLEY, Appellant

No. 05-13-00644-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-52542-Q.
Opinion delivered by Justice Brown,
Justices Moseley and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.


Judgment entered this 7th day of November, 2013.


/Ada Brown/
_____
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUSTIN BERNARD VEASLEY, Appellant

No. 05-13-00645-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-60454-Q.
Opinion delivered by Justice Brown,
Justices Moseley and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 7th day of November, 2013.

/Ada Brown/
ADA BROWN
JUSTICE

–4–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUSTIN BERNARD VEASLEY, Appellant

No. 05-13-00647-CR            V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-71920-Q.
Opinion delivered by Justice Brown,
Justices Moseley and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 7th day of November, 2013.

/Ada Brown/

ADA BROWN
JUSTICE